## 28086. THOMPSON *v.* THE STATE.

BROYLES, C. J. The accused was convicted of the offense of fornication and adultery. The evidence tending to connect her with such a crime was wholly circumstantial, and, while raising a strong suspicion of her guilt, was not sufficient to exclude every other reasonable hypothesis. The verdict was unauthorized, and the refusal to grant a new trial was error. *Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 5, 1940.

*W. B. Robinson,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.